1 | **SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
2 | Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
3 | Los Angeles, CA 90004
Telephone: (213) 205-6560
4 | cm@SoCalEAG.com

5 | Attorneys for Plaintiff
CAMERON HARRELL

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| CAMERON HARRELL, | Case No.: **5:25-cv-00437-RGK (DTBx)** |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| QWIK PAWN, INC.; ALEXANDER KHERSONSKY; and DOES 1 to 10, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff CAMERON HARRELL ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**

1  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2  summary judgment. Accordingly, this matter may be dismissed without an Order of the
3  Court.

5  DATED: May 13, 2025         **SO. CAL. EQUAL ACCESS GROUP**

                                By:  */s/  Jason J. Kim*
                                     Jason J. Kim, Esq.
                                     Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION